IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NORBERT STURDEVANT, )
No. 09437-089, )
 )
       Petitioner, )
 )
  vs. )  Case No. 14-cv-00183-DRH
 )
J. S. WALTON,[1] )
 )
       Respondent. )

### MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Petitioner Norbert Sturdevant is a federal inmate currently incarcerated in the United States Penitentiary in Marion, Illinois. He has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking to vacate his 2008 conviction for assaulting a federal officer while on the Menominee Indian Reservation, and the resulting 96-month sentence. *See United States v. Sturdevant*, No. 08-cr-00129-WCG (E.D. Wisc. Sept. 5, 2008).

This case is now before the Court for a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts. Rule 4 provides that upon preliminary consideration by the district court judge, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge

---

[1] The petition transposes respondent's first and middle initials, naming "S.J. Walton." The Court has *sua sponte* corrected the case caption.

must dismiss the petition and direct the clerk to notify the petitioner." Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases.

A review of the federal PACER database reveals that Sturdevant has filed multiple petitions attempting to upset his conviction and sentence. By Order dated June 20, 2013, the Court of Appeals for the Seventh Circuit sanctioned Sturdevant $500, and directed that until that sum was paid he was banned from filing further civil suits in the courts of the circuit—of which this district court is one. The appellate court further directed that any papers submitted by Sturdevant attacking his current criminal conviction should be returned unfiled. *Sturdevant v. United States of America*, No. 13-2269 (7th Cir. June 20, 2013).

**IT IS THEREFORE ORDERED** that the Clerk of Court shall **STRIKE** from the record the Section 2241 petition filed by Norbert Sturdevant (Doc. 1), along with all other documents filed by Sturdevant in this action (Docs. 2, 3). The Clerk shall also **STRIKE** the Court's order granting pauper status (Doc. 6). This action was improvidently opened and shall now be administratively **CLOSED**.

The Clerk is **DIRECTED** to add Norbert Sturdevant to the district court's list of restricted filers.

**IT IS SO ORDERED.**
Signed this 6th day of March, 2014.

Digitally signed by
David R. Herndon
Date: 2014.03.06
16:50:59 -06'00'

**Chief Judge**
**United States District Court**